

FILED
AUG 01 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ALAN THOMAS, | No. C06-02705 MJJ |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO STAY** |
| v. | |
| HOME DEPOT USA INC., | |
| Defendant. | |

Before the Court is Plaintiff's Motion to Lift the Stay. (Doc. No. 22). On July 17, 2006, the Court stayed this action in its entirety pending a decision from the California Supreme Court. (Doc. No. 21). Plaintiff requests that the Court lift the stay so that Plaintiff can amend its complaint to add an additional claim pursuant to Private Attorney Generals Act of 2004, CAL. LAB. CODE § 2698, et seq., ("PAGA"). Plaintiff notes that under California law, Plaintiff has 60 days from the receipt of right to sue letter, which Plaintiff received on June 1, 2006. To avoid prejudice to the Plaintiff, the Court **TOLLS** the limitations period for the PAGA claims, effective July 17, 2006, the first day of the Court's stay. Plaintiff may file another motion for leave to amend the complaint to add the PAGA claim after the stay is lifted.

///
///
///
///

1 | / / /

2 | Plaintiff also requests that the Court lift the stay with respect to his claims under Cal. Lab.
3 | Code §§ 201, 202, and 203 and adjudicate those claims separately. In the interest of judicial economy
4 | and avoiding piecemeal litigation, the Court **DENIES** Plaintiff's request. The Court will adjudicate
5 | all of Plaintiff's claims together following the decision from the California Supreme Court and the
6 | lifting of the stay.

8 | **IT IS SO ORDERED.**

11 | Dated: August 1, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE