Paul J. Coady (SBN: 81698)
    email: pcoady@winston.com
S. Shane Sagheb (SBN: 109878)
    email: ssagheb@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  213-615-1700
Facsimile:  213-615-1750

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIK ALAN THOMAS, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation, and DOES 1 through 25, inclusive,<br><br>  Defendant. | No. C 06 2705 SI<br><br>STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>OLD DATE:  March 28, 2008<br>NEW DATE:  April 18, 2008<br>TIME:          2:30 p.m.<br>DEPT:          Ctrm. of Hon. Susan Illston |

IT IS HEREBY STIPULATED by and between Plaintiff, Eric Thomas, and Defendant, Home Depot U.S.A., Inc. that the Case Management Conference currently set for March 28, 2008 at 2:30 p.m. shall be continued until April 18, 2008, also at 2:30 p.m.

---

1

**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
NO. C 06 2705 SI

Dated: March 17, 2008

WINSTON & STRAWN LLP

By: _____
Paul J. Coady
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

Date: March 17, 2008

BAILEY PINNEY PC

By: _____
José R. Mata
Attorneys for Plaintiff
Erik Alan Thomas

IT IS SO ORDERED.

Date: _____, 2008

_____
Hon. Susan Illston

LA:208168.1

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543