IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIK THOMAS, etc.,                                         No. C 06-2705 SI

      Plaintiffs,                                          **ORDER STAYING ACTION**

  v.

HOME DEPOT U.S.A., INC.,

      Defendant.
                                        /

Pursuant to the stipulation of the parties at the Case Management Conference on May 30, 2008, this action is STAYED until further order of this Court, in favor of the *Home Depot Employment Cases*, Judicial Council Coordination Proceeding No. 4383, pending in the Los Angeles County Superior Court. This stay will become and continue to be effective unless plaintiff's counsel, no later than June 20, 2008, notifies the Court in writing that plaintiff has determined to oppose the stay. In that event, the parties shall schedule a further Case Management Conference at the Court's soonest available date.

While this action is stayed, the parties shall **report to the Court in writing every 60 days** as to the status of the *Home Depot Employment Cases*. In addition, the Court hereby sets a **further status conference for Friday, November 14, 2008 at 2:30 p.m.** The parties are directed to file a joint status statement one week in advance of the conference.

**IT IS SO ORDERED.**

Dated:   June 4, 2008

                                                         SUSAN ILLSTON
                                                         United States District Judge