JOSE R. MATA, SBN 83724, OSB 803057
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

SUSAN SIMMONS SEEMILLER, SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiff Erik Alan Thomas

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ALAN THOMAS, individually and on behalf of all others similarly situated and as a Private Attorney General,,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation, and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 06-02705 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>OLD DATE: November 14, 2008<br>NEW DATE: January 16, 2009<br>TIME: 2:30 p.m.<br>CTRM: 10 (19th Floor) |

IT IS HEREBY STIPULATED by and between Plaintiff, Eric Alan Thomas, and Defendant, Home Depot U.S.A., Inc., through their counsel of record, that the further case management conference currently set for Friday, November 14, 2008 at 2:30 p.m. shall be continued until Friday, January 16, 2009, at 2:30 p.m., based on the following:

1. On June 4, 2008, the Court entered an Order staying this action in favor of the *Home Depot Employment Cases*, Judicial Council Coordination Proceeding No. 4384, pending in the Los Angeles Superior Court. The Court ordered that the parties provide

status reports regarding the Los Angeles litigation every 60 days, and also set a further case management conference for November 14, 2008, at 2:30 p.m. The Court directed the parties to file a joint status statement one week in advance of the conference.

2. On September 29, 2008, Defendant's counsel reported that the parties are in the midst of briefing the issue of class certification in the Los Angeles litigation. The hearing on plaintiffs' motion for class certification, previously set for October 23, 2008, has been moved to December 10, 2008.

3. The parties agree that there will be nothing significant to report to this Court until the Los Angeles Superior Court rules on the class certification motion. The parties expect a ruling by January and, on that basis, stipulate to continue the further case management conference to January 16, 2009, at 2:30 p.m.

IT IS SO STIPULATED.

Dated: October 28, 2008

BAILEY PINNEY, PC
JOSE R. MATA
SUSAN SIMMONS SEEMILLER

By _____/s/_____
Susan Simmons Seemiller
Attorneys for Plaintiff Erik Thomas

Dated: October 28, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP
GREGORY W. KNOPP
GARY M. McLAUGHLIN

By _____
Gary M. McLaughlin
Attorneys for Defendant Home Depot U.S.A., Inc.

## ORDER

IT IS SO ORDERED. The further case management conference shall be continued to Friday, January 16, 2009, at 2:30 p.m. The parties are directed to file a joint status statement one week in advance of the conference.

Dated: October ~~October~~ 11/3/08, 2008

_____
HON. SUSAN ILLSTON
United States District Judge