1  JOSE R. MATA, SBN 83724, OSB 803057
   E-Mail: JMata@wagelawyer.com
2  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
3  Vancouver, WA 98683
   Telephone: (360)567-2551; Fax: (360)567-3331
4
5  SUSAN SIMMONS SEEMILLER, SBN 150546
   E-Mail: SSeemiller@wagelawyer.com
6  **BAILEY PINNEY, PC**
   840 County Square Drive
7  Ventura, CA 93003
   Telephone: (805) 339-9090; Fax: (805) 339-0090
8  Attorneys for Plaintiff Erik Alan Thomas

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ALAN THOMAS, individually and on behalf of all others similarly situated and as a Private Attorney General,, <br><br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., a Delaware Corporation, and DOES 1 through 25, Inclusive, <br><br> Defendants. | Case No. 06-02705 SI <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** <br><br> OLD DATE: January 16, 2009 <br> NEW DATE: March 13, 2009 <br> TIME: 2:30 p.m. <br> CTRM: 10 (19th Floor) |

IT IS HEREBY STIPULATED by and between Plaintiff, Eric Alan Thomas, and Defendant, Home Depot U.S.A., Inc., through their counsel of record, that the further case management conference currently set for Friday, January 16, 2008 at 2:30 p.m. shall be continued until Friday, March 13, 2009, at 2:30 p.m., based on the following:

1.  On June 4, 2008, the Court entered an Order staying this action in favor of the *Home Depot Employment Cases*, Judicial Council Coordination Proceeding No. 4384, pending in the Los Angeles Superior Court. The Court ordered that the parties provide

---

Stipulation & Order Continuing Further CMC - Case No. 06-02705 SI

1

    status reports regarding the Los Angeles litigation every 60 days, and also set a further case management conference for November 14, 2008, at 2:30 p.m. The Court directed the parties to file a joint status statement one week in advance of the conference.

2. On September 29, 2008, Defendant's counsel reported that the parties are in the midst of briefing the issue of class certification in the Los Angeles litigation. The hearing on plaintiffs' motion for class certification, previously set for October 23, 2008, was moved to December 10, 2008.

3. The Los Angeles Superior Court did not hear the motion for class certification on December 10, 2008. Instead, the Court elected to appoint a referee to issue recommended rulings on the numerous evidentiary objections. The referee is expected to conclude his work in early January, and the Court indicated its intent to reschedule the hearing on the motion for class certification for a date in February 2009.

4. The parties agree that there will be nothing significant to report to this Court until the Los Angeles Superior Court rules on the class certification motion. At this point, the parties expect a ruling by March 2009 and, on that basis, stipulate to continue the further case management conference to March 13, 2009, at 2:30 p.m.

IT IS SO STIPULATED.

Dated: January 2, 2009      BAILEY PINNEY, PC
                 JOSE R. MATA
                 SUSAN SIMMONS SEEMILLER

                 By    /s/
                   Susan Simmons Seemiller
                   Attorneys for Plaintiff Erik Thomas

Dated: January 2, 2009      AKIN GUMP STRAUSS HAUER & FELD LLP
                 GREGORY W. KNOPP
                 GARY M. McLAUGHLIN

                 By    /s/
                   Gary M. McLaughlin
                   Attorneys for Defendant Home Depot U.S.A., Inc.

**ORDER**

IT IS SO ORDERED. The further case management conference shall be continued to Friday, March 13, 2009, at 2:30 p.m. The parties are directed to file a joint status statement one week in advance of the conference.

Dated: January ____, 2009

_____
HON. SUSAN ILLSTON
United States District Judge