1  GREGORY W. KNOPP, SBN 237615
   GARY M. McLAUGHLIN, SBN 217832
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
3  Los Angeles, CA 90067
   Telephone: (310) 229-1000
4  Fax (310) 229-1001

5  Attorneys for DefendantHome Depot U.S.A., Inc.

6  JOSE R. MATA, SBN 83724, OSB 803057
   E-Mail: JMata@wagelawyer.com
7  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
8  Vancouver, WA 98683
   Telephone: (360)567-2551
9  Fax: (360)567-3331

10 SUSAN SIMMONS SEEMILLER, SBN 150546
   E-Mail: SSeemiller@wagelawyer.com
11 **BAILEY PINNEY, PC**
   840 County Square Drive
12 Ventura, CA 93003
   Telephone: (805) 339-9090
13 Fax:  (805) 339-0090

14 Attorneys for Plaintiff Erik Alan Thomas

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIK ALAN THOMAS, individually and on behalf of all others similarly situated and as a Private Attorney General,,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation, and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 06-02705 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>OLD DATE: April 24, 2009<br>NEW DATE: August 14, 2009<br>TIME: 2:30 p.m.<br>CTRM: 10 (19th Floor) |

Stipulation & Order Continuing Further CMC - Case No. 06-02705 SI
1

IT IS HEREBY STIPULATED by and between Plaintiff, Eric Alan Thomas, and Defendant, Home Depot U.S.A., Inc., through their counsel of record, that the further case management conference currently set for Friday, April 24, 2009 at 2:30 p.m. shall be continued until Friday, August 14, 2009, at 2:30 p.m., based on the following:

1. On June 4, 2008, the Court entered an Order staying this action in favor of the *Home Depot Employment Cases*, Judicial Council Coordination Proceeding No. 4384, pending in the Los Angeles Superior Court. The Court ordered that the parties provide status reports regarding the Los Angeles litigation every 60 days. The Court has also set a further case management conference for April 24, 2009, at 2:30 p.m. This April 24 date was chosen because the Plaintiffs' motion for class certification in the *Home Depot Employment Cases* was scheduled to be heard on April 9, 2009. The Court directed the parties to file a joint status statement one week in advance of the conference.

2. The parties in the Home Depot Employment Cases, Judicial Council Coordination Proceeding No. 4383 pending in the Los Angeles County Superior Court, and several similar actions, have reached a tentative class settlement that would include the present action. The Superior Court has taken the hearing on the plaintiffs' motion for class certification in the *Home Depot Employment Cases* off calendar. The parties' application for preliminary approval of the settlement is due July 10, 2009, and the hearing on preliminary approval is scheduled for July 29, 2009.

3. The parties agree that there will be nothing significant to report to this Court until the Los Angeles Superior Court conducts the hearing on the preliminary approval of the proposed settlement. Because this is not scheduled to occur until July 29, 2009 and because Plaintiff's counsel Jose Mata is unavailable between July 29, 2009 and August 10, 2009, the parties stipulate to continue the further case management conference to August 14, 2009, at 2:30 p.m.

///

///

1 | IT IS SO STIPULATED.

2 | Dated: April 15, 2009             BAILEY PINNEY, PC
                                      JOSE R. MATA
3 |                                   SUSAN SIMMONS SEEMILLER

4 |

5 |                                   By ___/s/_____
                                          Jose R. Mata
6 |                                       Attorneys for Plaintiff Erik Thomas

7 | Dated: April 15, 2009             AKIN GUMP STRAUSS HAUER & FELD LLP
                                      GREGORY W. KNOPP
8 |                                   GARY M. McLAUGHLIN

9 |

10 |                                  By ___/s/_____
                                          Gary M. McLaughlin
11 |                                      Attorneys for Defendant Home Depot U.S.A.,
                                          Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **ORDER**

2     IT IS SO ORDERED. The further case management conference shall be continued to Friday,
3 August 14, 2009, at 2:30 p.m. The parties are directed to file a joint status statement one week in
4 advance of the conference.

7 Dated: April ____, 2009

                                          _____
8                                           HON. SUSAN ILLSTON
                                          United States District Judge