AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT
## Northern District of California

ERIK ALAN THOMAS

              Plaintiff(s),

V.

HOME DEPOT U.S.A., INC.

              Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 06-2705 SI

Notice is hereby given that, subject to approval by the court, Defendant, HOME DEPOT U.S.A., INC., substitutes Gary M. McLaughlin (Name of New Attorney), State Bar No. 217832 as counsel of record in place of WINSTON & STRAWN LLP (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: AKIN GUMP STRAUSS HAUER AND FELD LLP
    Address: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067-3012
    Telephone: (310) 229-1000    Facsimile: (310) 229-1001
    E-Mail (Optional): gmclaughlin@akingump.com

I consent to the above substitution.
Date: 10/22/09

HOME DEPOT U.S.A., INC.
(Signature of Party(s))

I consent to being substituted.
Date: September 28, 2009

WINSTON & STRAWN LLP
Paul J. Coady
/s/
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 10/22/09

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge
Hon. Susan Illston

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067.

On October 23, 2009, I served the foregoing document(s) described as:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

on the interested party(ies) below, using the following means:

> All parties identified for Notice of Electronic Filing
> generated by the Court's CM/ECF system under the
> referenced case caption and number

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

> J. Dana Pinney
> Bailey Pinney PC
> 1498 SE Tech Center Place, Suite 290
> Vancouver, WA 98683

☒ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 23, 2009 at Los Angeles, California.

Linda Tolbert
[Print Name of Person Executing Proof]        [Signature]

6330477                                                              C 06-2705 SI

PROOF OF SERVICE